AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DANIEL J. DOCZY<br><br>*Plaintiff(s)*<br>v.<br>VERIFONE SYSTEMS, INC. and<br>VERIFONE, INC.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  16-cv-62370-WPD/Snow<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Verifone Systems, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin N. Malek
MALEK MOSS PLLC
340 Madison Avenue, FL 19
New York, New York 10173
+1-212-812-1491

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/3/2016

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DANIEL J. DOCZY <br><br> *Plaintiff(s)* <br> v. <br><br> VERIFONE SYSTEMS, INC. and VERIFONE, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 16-cv-62370-WPD/Snow |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Verifone, Inc.
c/o Corporation Service Company
1201 Hays Street
Talahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin N. Malek
MALEK MOSS PLLC
340 Madison Avenue, FL 19
New York, New York 10173
+1-212-812-1491

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  10/3/2016

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts