**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-62370-CIV-DIMITROULEAS

DANIEL J. DOCZY,

        Plaintiff,                           Magistrate Judge Snow

     v.

VERIFONE SYSTEMS, INC. and VERIFONE, INC.,

        Defendants.                  /
_____

**<u>DEFENDANTS VERIFONE SYSTEMS, INC.'S AND VERIFONE, INC.'S STATEMENT OF
UNDISPUTED FACTS IN SUPPORT OF THEIR AMENDED MOTION FOR SUMMARY
JUDGEMENT OF NON-INFRINGEMENT</u>**

1.      U.S. Patent No. 8,077,453 ("'453 patent") describes a "peripheral device" for use with a handheld communication device such as a PDA or mobile phone.  Declaration of Ryan Marton ("Marton Decl."), Ex. A ('453 patent).

2.      Each and every claim of the '453 requires a "sensor clip" (claims 1-19). *Id.*

3.      Every claim of the '453 patent requires that the sensor be "interchangeably mounted."  *Id.*

4.      During prosecution, the examiner rejected the originally filed independent claims based on U.S. Patent No. 5,859,628 ("Ross"), which disclosed a housing into which a PDA is inserted. *Id.*, Ex. B (Claims from Application Filed February 12, 2010); Ex. C (September 20, 2010 Office Action); Ex. D (Ross).

5.      The examiner argued that Ross disclosed an input for receiving information, but in addressing original dependent claim 4, the examiner conceded that Ross was silent as to whether it disclosed an "interchangeable sensor." *See* Marton Decl. Ex. C (September 20, 2010 Office Action) at p. 10.

6.      In responding to the September 20, 2010 Office Action, the applicant cancelled the originally filed claims and added several new claims, each requiring an "interchangeably mounted" sensor.  *Id.,* Ex. E (February 22, 2011 Applicant Response) at pp. 2-5.

7.      In a final office action dated May 12, 2011, the examiner explained that U.S. Patent No. 6,003,775 ("Ackley") discloses an interchangeably mounted sensor.  *See Id.*, Ex. F (May 12, 2011 Office Action) at pp. 11-12; Ex. G (Ackley)

8.      The Examiner relied on Ackley's sensor module 50 having "a standard size and electrical connection" to allow the sensor to "be easily detached from the scanner 10 and

replaced with another sensor module having different optical or performance characteristics." *Id.*; Ackley at 6:26-30.

9.      In responding to the May 12, 2011 office action, the applicant amended each of the independent claims to recite the "replaceable cradle connector." *Id.,* Ex. H (August 11, 2011 Applicant Response) at pp. 2-5.

10.      Doczy accuses Verifone's e315 and e355 products of infringing the '453 patent. Complaint at ¶ 13; Marton Decl., Ex. I (April 18, 2016 letter from counsel for Doczy to Verifone Systems, Inc.).

11.      Doczy has alleged that the "interchangeably mounted" sensor limitation is satisfied by the sensors incorporated into the e315 and the e315 – "[1] an integrated barcode scanner with 1D/2D barcode imager, [2] mag-stripe reader, and [3] EMV and/or [4] NFC Payment readers." *Id.,* Ex. J (Ex C to April 18, 2016 letter from Doczy's counsel).

12.      The e315 and e355 products have sensors (e.g. contactless/NFC, magnetic strip, and EMV/smartcard readers) that are integrated into the devices; the sensors cannot be removed by the user and swapped out for another sensor.  Declaration of Jerry Hamrock ("Hamrock Decl."), ¶¶ 5,7; Ex. M (e315 Installation Guide) at p. 7; Ex. N (e355 Installation Guide) at p. 7).

13.      The e315 and e355 products include several connectors; none of the connectors on the e315 or the e355 can be replaced. *Id.*

Date: March 14, 2017

/s/ Louis I. Mussman
Louis I. Mussman, Esq.
FL Bar No. 597155
Email: Louis@kumussman.com
Brian Ku, Esq.
FL Bar No. 610461
Email: brian@kumussman.com
KU & MUSSMAN, P.A.
18501 Pines Boulevard, Ste. 209-A
Pembroke Pines, Florida 33029
Tel: (305) 891-1322
Fax: (305) 891-4512


Ryan Marton (admitted *pro hac vice*)
Email: ryan@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street STE 36117
San Francisco, CA 94104
Tel: (415) 360-2511

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 14, 2017, I caused a true and correct copy of Defendants' Statement of Undisputed Material Facts in support of their Amended Motion for Summary Judgment of Non-infringement to be served on all counsel of record for the Plaintiff via e-mail.

Date: March 14, 2017

/s/ Louis I. Mussman
Louis I. Mussman, Esq.

4