UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62370-CIV-WPD

DANIEL J. DOCZY,

    *Plaintiff*,

v.

VERIFONE SYSTEMS, INC. and VERIFONE, INC.,

    *Defendants*.

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the Court's Omnibus Order Construing Claims and Granting Defendants' Motion for Summary Judgment, entered today by separate Order. Pursuant to Fed. R. Civ. P. 58, the Court enters this final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendants, VERIFONE SYSTEMS, INC. and VERIFONE, INC. ("Defendants"), and against Plaintiff DANIEL J. DOCZY ("Plaintiff");

2. Plaintiff shall take nothing from Defendants from this action;

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of August, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record