

FILED BY ___AP___
Deputy Clerk

**Nov 9, 2017**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DANIEL J. DOCZY,**
*Plaintiff - Appellant*

v.

**VERIFONE SYSTEMS, INC., VERIFONE, INC.,**
*Defendants - Appellees*

_____

17-2571
_____

Appeal from the United States District Court for the Southern District of Florida in case no. 0:16-cv-62370-WPD Judge William P. Dimitrouleas

_____

### **O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Southern District of Florida, Fort Lauderdale, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective November 09, 2017. The appellant's brief is due on January 08, 2018.

Case 0:16-cv-62370-WPD Document 78 Entered on FLSD Docket 11/09/2017 Page 2 of 2
Case: 17-12571 Document: 72 Page: 2 Filed: 11/09/2017

2 DOCZY v. VERIFONE SYSTEMS, INC.

FOR THE COURT

November 9, 2017 /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court